MOISE MAMOUZETTE, MD, pro se
2109 Genesee Street
Utica, NY 13501-5942
(516) 445-6051

Lawrence L. Piersol

**FILED**

JUN 2 0 2007

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Moise Mamouzette, MD, pro se,   ) Case No.: 2007cv04048
                                )
            Plaintiff,           ) NOTICE OF DISMISSAL
                                )
    vs.                          )
                                )
Rory Sumners,                    )
                                )
            Defendant            )
                                )

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice.

Dated this 18th day of June, 2007

MOISE MAMOUZETTE, MD, pro se
2109 Genesee Street
Utica, NY 13501-5942
(516) 445-6051

```
 1  MOISE MAMOUZETTE, MD, pro se
    2109 Genesee Street
    Utica, NY 13501-5942
 2  (516) 445-6051

 3

 4  UNITED STATES DISTRICT COURT

 5  DISTRICT OF SOUTH DAKOTA

 6

 7  MOISE MAMOUZETTE, MD, pro se,        ) Case No.: Case No.: 2007cv04048
                                         )
                                         ) CERTIFICATE OF SERVICE
 8              Plaintiff,               )
                                         )
 9       vs.                             )
                                         )
10  Rory Sumners,                        )
                                         )
11              Defendant                )
```

12  I, Moise Mamouzette, MD, hereby certify that on June 18, 2007 I served copies

13  of NOTICE OF DISMISSAL on the following parties by way U.S. mail and FAX.

14  ROBERT GUSINSKY
    Assistant U.S. Attorney
15  515 Ninth Street, Suite 201
    Rapid City, SD 57701
16  (605) 342-7822
    (605) 342-1108

17

18                              Dated this 18th day of June, 2007

19                              _____
20                              MOISE MAMOUZETTE, MD, pro se
                                2109 Genesee Street
21                              Utica, NY 13501-5942
                                (516) 445-6051

-1-